## ROSALIE BENNY ZANONI *v.* ST. PATRICK'S MANOR
### (10392)

NORCOTT, LANDAU and FREEDMAN, Js.

Argued April 3—decision released June 2, 1992

*Rosalie Benny Zanoni,* pro se, the appellant (named plaintiff).

*Gale K. Busemeyer,* with whom, on the brief, was *George A. Dagon, Jr.,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.